

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SSA

*Select Street Address*
*Select City & State*

July 13, 2021

<u>By E-mail</u>

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Jaleesa Wallace
             <u>Criminal Docket No. 21-MJ-808 (JRC)</u>

Dear Judge Cho:

      The government respectfully moves for an order unsealing the complaint and arrest warrant in the above-captioned matter.

                        Respectfully submitted,

                        JACQUELYN M. KASULIS
                        Acting United States Attorney

              By:      /s/
                        Samantha Alessi
                        Assistant U.S. Attorney
                        (718) 254-6099

Enclosure

cc:    Clerk of Court (by ECF)

SSA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JALESSA WALLACE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

21-MJ-808 (JRC)

      Upon the application of JACQUELYN M. KASULIS, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Samantha Alessi, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
              July 13, 2021

                                            *James R. Cho*
                                            HONORABLE JAMES R. CHO
                                            UNITED STATES MAGISTRATE JUDGE
                                            EASTERN DISTRICT OF NEW YORK